# Exhibit A

**[THIS EXHIBIT HAS BEEN FILED UNDER SEAL
PURSUANT TO DKT. 112]**