# EXHIBIT 30

[This Exhibit Has Been Filed Under Seal Pursuant To DKT. 131]