# EXHIBIT 1

HIGHLY CONFIDENTIAL

```
1            IN THE UNITED STATES DISTRICT COURT
2              FOR THE NORTHERN DISTRICT OF OHIO
3
4     FUSE CHICKEN, LLC,
5                Plaintiff,
6
7          vs.              Case No. 5:17-cv-01538-SL
8
9     AMAZON.COM, INC.,
10               Defendant.
11    _____
12
13                ***HIGHLY CONFIDENTIAL***
14
15              Videotaped deposition of
16                  DANIEL C.K. CHOW
17                 December 20, 2018
                       9:13 a.m.
18
19                     Taken at:
                  Ulmer & Berne, LLP
20         65 East State Street, Suite 1100
                   Columbus, Ohio
21
22    Kimberly A. Kaz,
23    RPR, Notary Public
24    Job No. 3173877
25    Pages 1 - 295
```

Page 1

HIGHLY CONFIDENTIAL

1          THE VIDEOGRAPHER: We're on the
2    record at 9:13. Today's date is the
3    December 20th, 2018. This is the matter of
4    Fuse Chicken versus Amazon.com, Inc. This
5    deposition is taking place in Columbus, Ohio.
6          Would counsel please identify
7    themselves for the record?
8          MR. WATNICK: David Watnick of
9    Covington & Burling for Amazon.
10         MR. HALPER: Rick Halper of McKool
11   Smith for the plaintiff.
12         THE VIDEOGRAPHER: Court reporter,
13   please swear in the witness.
14         DANIEL C.K. CHOW, of lawful age,
15   called for examination, as provided by the
16   Federal Rules of Civil Procedure, being by me
17   first duly sworn, as hereinafter certified,
18   deposed and said as follows:
19         EXAMINATION OF DANIEL C.K. CHOW
20   BY MR. WATNICK:
21      Q.   Good morning.
22      A.   Good morning.
23      Q.   Can you please state your name for
24   the record?
25      A.   Daniel Chow.

Page 16

HIGHLY CONFIDENTIAL

1    Q.    This is -- you're referring to
2    Footnote 4; is that right?
3    A.    Yes.  Uh-huh.
4         MR. HALPER:  Dave, if you're going
5    to jump into another exhibit, maybe we can take
6    a break just for a few minutes.
7         MR. WATNICK:  Okay.
8         MR. HALPER:  It's been almost an
9    hour.
10        THE VIDEOGRAPHER:  Off the record,
11   10:06.
12        (Recess taken.)
13        THE VIDEOGRAPHER:  We're on the
14   record, 10:22.
15        MR. HALPER:  Counsel, before you
16   start, I think there was one answer that
17   Professor Chow wanted to clarify.
18        THE WITNESS:  The question that was
19   asked was whether I've seen infringing or
20   counterfeit products with the Fuse Chicken
21   trademark.  Not -- I've only looked at some
22   pictures, but from my reading of the deposition
23   of Jon Fawcett, the reading of the complaint
24   and my conversations with Jon, and also just
25   based upon my general 20 years of experience in

Page 63

HIGHLY CONFIDENTIAL

1    this -- in this field, he told me that they
2    were -- Fuse Chicken products with -- or
3    counterfeit Fuse Chicken products with the
4    trademark on the packaging as well as on the
5    product.  And as I said, based upon my own
6    experience in this matter, it's almost
7    irresistible, I think, for these people who are
8    making these products for them to also put the
9    trademark on the product.
10        Q.    You haven't seen any of those,
11   though?
12        A.    I've only actually looked at
13   several photographs, and not in photographs
14   that I've seen, but I understand that they
15   exist.
16        Q.    You still have the copy of your
17   report in front of you?
18        A.    Yes.

Page 64

HIGHLY CONFIDENTIAL



Page 65

```
 1   ████████████████████████████████████
 2   ████████████████████████████████████
 3   ██████████████████████████
 4         Q.    So I understand that, you know, in
 5   your experience, you would expect where there's
 6   a manufacturing operation in China, that a
 7   counterfeiter may set up there; is that right?
 8         A.    I would say that's a pattern that
 9   I've seen.
10         Q.    Okay.  Do you have any specific
11   evidence that that's what happened in this case
12   beyond your experience with this pattern?
13               MR. HALPER:  Objection.  Misstates
14   the testimony.  Asked and answered.
15               THE WITNESS:  I would say that it's
16   based upon my assessment of a number of
17   different factors, a number of different facts,
18   and -- and also based on my general experience.
19   ██  █████████████████████████
20   █████████████████████████████████
21   █████████████
22   ████████████████████████████████
23   █████████████████████████████████
24   ██████████████████████████████████
25   ████████████████████████████████
```

Page 66

1 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4      Q.   Are all the facts and evidence that

5 you've seen of -- specifically of Fuse Chicken

6 counterfeits being manufactured in China, are

7 they all included in the report?

8            MR. HALPER:  Objection to form.

9            THE WITNESS:  I'm -- to be honest

10 with you, that's very -- very -- I'm not sure.

11 I'm not sure.  Prob- -- you know, probably not.

12 I'm not sure.

13      Q.   Well, the -- the first source of

14 evidence you cite here I think is in

15 Footnote 4; is that right?

16            MR. HALPER:  Objection.  Vague.

17            THE WITNESS:  Yeah.  Well, it's --

18 it's -- it's an indicator, yes.

19      Q.   Other than what's in Footnotes 4, 5

20 and 6, what facts about Fuse Chicken have you

21 seen that have allowed you to form this

22 conclusion?

23            MR. HALPER:  Objection.  Asked and

24 answered.  Lacks foundation.

25            THE WITNESS:  I think also just

Page 67

HIGHLY CONFIDENTIAL

```
 1    talking -- talking to Jon, talking -- looking
 2    at his deposition, looking at the complaint,
 3    those are some of the things which also weighed
 4    into my opinion, and then my experience.
 5         Q.    Any other documents produced in
 6    this case?
 7         A.    I don't recall.
 8         Q.    Any other web pages other than the
 9    one you cite here?
10         A.    The -- there -- I don't recall.
11    There may be -- there -- there may be others.
12         Q.    And what did -- what, talking from
13    Jon Fawcett, did you learn that allowed you to
14    conclude that China is likely the source of the
15    bulk of counterfeiting infringing of Fuse
16    Chicken products?
17              MR. HALPER:  Objection to form.
18              THE WITNESS:  My general
19    conversation with him encompassed his efforts
20    at locating counterfeits, his discussions of
21    his operations in China.  I mean, I am very
22    confident that -- I am very confident that
23    these products are coming from China.
24         Q.    Do you see Paragraph 10 in the
25    report?
```

HIGHLY CONFIDENTIAL

1  reputable news organizations and publications,
2  and that they would vet the statements which
3  are being made in stories of this type, check
4  the accuracy of the factual assertions in these
5  articles. I believe they will -- also would
6  give Amazon a chance to respond, and I believe
7  that in one of the articles, Amazon was invited
8  to give comment, but declined. So I have no
9  reason to believe that these articles are
10 inaccurate.
11      Q.   Are you aware of Amazon disputing
12 the statements in that article?
13           MR. WATNICK: I'm going to object
14 as beyond the scope of the report.
15      Q.   You can answer.
16      A.   I am not aware that Amazon
17 objected, and I do recall that Amazon was
18 invited to give comment in one of the articles
19 and declined.
20      Q.   You were also asked, at least with
21 respect to one of the articles, maybe both,
22 whether you thought the author knew what he was
23 talking about. Do you recall that?
24      A.   Yes, I do.
25      Q.   Do you believe that the authors of

HIGHLY CONFIDENTIAL

```
 1    these articles knew and understood what they
 2    were talking about when they wrote what they
 3    wrote in those articles?
 4         A.    Yes, I do.  I believe that
 5    reputable news organizations and publications
 6    such as these would hire professionals who were
 7    competent and had knowledge of the subject
 8    matter on which they were writing.  I believe
 9    that these -- this indicates to me that these
10    people knew what they were talking about, and I
11    believe that they do.
12         Q.    Were you asked by Fuse Chicken or
13    its counsel, in connection with your work and
14    report in this case, to quantify the amount of
15    counterfeiting of Fuse Chicken products?
16               MR. WATNICK:  Object.  Beyond the
17    scope of the report.
18               THE WITNESS:  No, I was not.
19         Q.    Do you recall earlier, you
20    testified that you -- it is your opinion that
21    you doubt that you -- that the cable data
22    products were manufactured in locations outside
23    of China?
24         A.    Yes.
25         Q.    What was the basis for your opinion
```

Page 277

```
 1    in that regard?
 2         A.    Based on my experience,
 3    counterfeiters usually arise in proximity to
 4    the original legitimate manufacturer.  They
 5    arise in China in proximity to the original
 6    manufacturer because of the prevalence of
 7    counterfeiting and a business and legal culture
 8    which supports it.
 9              Based upon my experience, I
10    would -- I would say that the counterfeiter
11    would be one in proximity to the original
12    manufacturer, meaning that they would be in
13    China, and it would seem very unlikely to me
14    that there would be a counterfeiter in the
15    United States, based upon those factors.
16         Q.    And are you aware of evidence
17    suggesting that the cable data products were
18    made outside of China?
19         A.    No.
20         Q.    Why are your opinions that you've
21    offered and -- today and indicated in your
22    report relevant to this case?
23         A.    Well, in order to understand Fuse
24    Chicken's case, it is necessary to put the case
25    in the larger context, and the larger context
```

Page 278

```
 1    of the case involves understanding
 2    counterfeiting in China because these
 3    counterfeit products are the source of --
 4    China's the source of these counterfeit
 5    products, and they've been able to enter the
 6    United States through Amazon's website.
 7              And in addition to this, it is
 8    important to understand Amazon's important role
 9    in facilitating the entry of Chinese
10    counterfeits onto the U.S. market, that, in
11    fact, Amazon has created what I've called a
12    paradise for counterfeiters by giving them what
13    they've always wanted, which is a legitimate
14    distribution channel that they can use to reach
15    retailers and end use consumers.  This is
16    something they've never had before, and they
17    have now, which I believe has really opened the
18    floodgates for counterfeits to -- to reach the
19    U.S. market.
20              And it's really -- to understand
21    this whole situation, the entire background and
22    the context that really enables one to
23    understand Fuse Chicken -- Fuse Chicken's
24    problem with counterfeits which originate in
25    China and make their way into the United States
```

Page 279

HIGHLY CONFIDENTIAL

REPORTER'S CERTIFICATE

The State of Ohio,   )
                     SS:
County of Fairfield. )

    I, Kimberly A. Kaz, RPR, a Notary Public within and for the State of Ohio, duly commissioned and qualified, do hereby certify that the within named witness, DANIEL C.K. CHOW, was by me first duly sworn to testify the truth, the whole truth and nothing but the truth in the cause aforesaid; that the testimony then given by the above-referenced witness was by me reduced to stenotypy in the presence of said witness; afterwards transcribed, and that the foregoing is a true and correct transcription of the testimony so given by the above-referenced witness.

    I do further certify that this deposition was taken at the time and place in the foregoing caption specified and was completed without adjournment.

    I do further certify that I am not a relative, counsel or attorney for either party, or otherwise interested in the event of this action.

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal of office at Cleveland, Ohio, on this 16th day of January, 2019.

_____
Kimberly A. Kaz, RPR, Notary Public
within and for the State of Ohio
My commission expires March 31, 2023.

HIGHLY CONFIDENTIAL

1    I declare under penalty of perjury
2    under the laws that the foregoing is
3    true and correct.
4
5    Executed on February 15, 2019,
6    at Columbus, Ohio.
7
8
9
10
11   _____Daniel C. K. Chow_____
12           WITNESS SIGNATURE

Page 294