**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| FUSE CHICKEN, LLC, | ) | CASE NO.  5:17-cv-1538 |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| AMAZON.COM, Inc., et al, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

On April 29, 2019, counsel filed a joint status report representing that the case has resolved and the parties are in the process of preparing a joint stipulation of dismissal. (Doc. No. 203).  Accordingly, the case is hereby dismissed.

A final agreed entry, approved by counsel for all parties, shall be filed with the Court on or before May 24, 2019.

This case hereby is closed.

**IT IS SO ORDERED**.

Dated: May 1, 2019

                                                **HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE**